# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

SCOTT J ST MARTHE                          CASE NO.  24-cv-1053 SEC P

-vs-                                                        JUDGE DRELL

MERRICK GARLAND ET AL          MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 8), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana this __11__ day of October 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT